IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00117-MEH

ELAINE JOHNSON-HESS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

# ORDER DISMISSING CASE WITH PREJUDICE
---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice [filed February 4, 2016; docket # 11].  The Court finds the Notice and terms of the dismissal proper.  In accordance with Fed. R. Civ. P.  41(a)(1)(A)(i), this case is **dismissed with prejudice**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 5th day of February, 2016.

                                        BY THE COURT:

                                        */s/ Michael E. Hegarty*

                                        Michael E. Hegarty
                                        United States Magistrate Judge